**ROHM & HAAS COMPANY, Plaintiff-Appellee,**

v.

**M/T HADA, her engines, tackle, apparel, etc., and A/S J. Ludwig Mowinckels Rederi, Defendants-Appellants.**

No. 71–2132

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 16, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

Frank Caton, Houston, Tex., for defendants-appellants; Baker & Botts, Houston, Tex., of counsel.

Robert C. Davee, Houston, Tex., for plaintiff-appellee; Eastham, Watson, Dale & Forney, Houston, Tex., of counsel.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]